FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 2 2 2008

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:08-CR-055 RWS |
| EDISON WAGNER ROSA TORT | : | |
| a/k/a Caruso, Argentino, | : | SECOND SUPERSEDING |
| Coroso, and Cabaso | : | |
| | : | |
| AMADOR CORTES-MEZA, | : | |
| a/k/a Javier | : | |
| | : | |
| FRANCISCO CORTES-MEZA | : | |
| a/k/a/ Paco | : | |
| | : | |
| JUAN CORTES-MEZA | : | |
| | : | |
| RAUL CORTES-MEZA | : | |
| a/k/a Oscar | : | |
| | : | |
| and OTTO JAIME LARIOS PEREZ | : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### Introduction

At all times material to this criminal indictment:

1.   Defendant EDISON WAGNER ROSA TORT, a/k/a Caruso, Argentino, Coroso, and Cabaso, is originally from Uruguay, and is a legal permanent resident of the United States.

2.   Defendants AMADOR CORTES-MEZA, JUAN CORTES-MEZA, FRANCISCO CORTES-MEZA and RAUL CORTES-MEZA are Mexican Nationals. AMADOR CORTES-MEZA and JUAN CORTEZ-MEZA are brothers and FRANCISCO CORTES-MEZA and RAUL CORTES-MEZA are their nephews.

3.   LMJ, MVL, BCA, AAS, LGI, NHP, NMS, MPM, RHP, MMB are victims of the defendants' criminal misconduct specifically identified in this indictment by their initials.  All ten victims are originally from Mexico and were illegally present in the United States at the time of the alleged conduct.  These victims, as a group, may be generally referred to in this indictment as "young Mexican females" or "young Mexican female aliens."

<u>Conspiracy</u>

4.  Beginning in or about Spring 2006 and continuing through on or about June 5, 2008, in the Northern District of Georgia and elsewhere, defendants EDISON WAGNER ROSA TORT, AMADOR CORTES-MEZA, JUAN CORTES-MEZA, FRANCISCO CORTES-MEZA, RAUL CORTES-MEZA, and OTTO JAIME LARIOS PEREZ did knowingly and willfully combine, confederate, conspire and agree with one another and others known and unknown to the grand jury to commit certain offenses against the United States, specifically:

    (a)   to knowingly recruit, entice, harbor, transport, provide and obtain by any means, young Mexican females, in and affecting interstate and foreign commerce, knowing that force, fraud and coercion would be used to cause those young Mexican females to engage in commercial sex acts, as prohibited by Title 18, United States Code, Section 1591;

2

(b)   to knowingly recruit, entice, harbor, transport, provide and obtain, by any means, juvenile Mexican females, in and affecting interstate and foreign commerce, knowing that those Mexican females had not attained the age of 18 years and would be caused to engage in commercial sex acts, as prohibited by Title 18, United States Code, Section 1591;

(c)   to knowingly import, keep, maintain, control, support, employ and harbor young Mexican female aliens in the United States for the purpose of prostitution, as prohibited by Title 8, United States Code, Section 1328;

(d)   to encourage and induce aliens to come to, enter, and reside in the United States knowing and in reckless disregard of the fact that such coming to, entry, and residence is or will be in violation of the law, as prohibited by Title 8, United States Code, Section 1324(a)(1)(A)(iv);

<u>Object of the Conspiracy</u>

5.   The object of the conspiracy was to bring females into the United States from Mexico to engage in prostitution in the metropolitan area of Atlanta, Georgia, and elsewhere and for financial gain.

<u>Manner and Means of the Conspiracy</u>

6.   It was part of the conspiracy that the conspirators

3

recruited and enticed females to come to the United States, from Mexico and possibly other places, to engage in prostitution.

7. It was further part of the conspiracy that conspirators arranged to smuggle, and did smuggle, young Mexican females into the United States for the purpose of engaging the females in prostitution in the Atlanta, Georgia, metropolitan area.

8. It was further part of the conspiracy that, after transporting young Mexican female aliens to the Atlanta, Georgia, metropolitan area, conspirators harbored them in various locations, including but not limited to: 40 Penny Lane in Cartersville, Georgia; 2460 Huddersfield Way in Norcross, Georgia; 5648 Charmaine Bend NW in Norcross, Georgia; 5016 Rockborough Trail in Norcross, Georgia; 5118 Gulf Terrace NW in Norcross, Georgia; 2459 Bailey Drive in Norcross, Georgia; and other locations in Norcross, Georgia.

9. It was further part of the conspiracy that, while conspirators harbored females at various locations, defendants ROSA TORT, RAUL CORTES-MEZA, OTTO JAIME LARIOS PEREZ and other drivers transported the female aliens to engage in prostitution in various dwellings in Norcross, Cartersville, and other areas in the Northern District of Georgia. The men willing to pay for sex with the women are known as "johns."

10. It was further part of the conspiracy that while conspirators harbored the young Mexican females at various

4

residences, the conspirators had them engage in prostitution for the conspirators' own financial benefit at numerous locations in the Atlanta, Georgia, metropolitan area.  The young women serviced numerous men per night.

11.  It was further part of the conspiracy that the individuals who transported these young Mexican females to their work locations kept some of the money the females earned, while the females generally turned over the remainder to conspirators.

<u>Overt Acts</u>

In furtherance of the conspiracy, and to accomplish the objects thereof, at least one of the conspirators committed or caused to be committed at least one of the following overt acts, among others, in the Northern District of Georgia and elsewhere:

12.  In or about Spring 2006, defendants JUAN CORTES-MEZA and AMADOR CORTES-MEZA met LMJ in Mexico.  JUAN CORTES-MEZA and AMADOR CORTES-MEZA persuaded LMJ to go to the United States, under the false pretense that she could find work in a restaurant, knowing that she would be caused to engage in prostitution.

13.  In on or about Spring 2006, defendants JUAN CORTES-MEZA and AMADOR CORTES-MEZA made arrangements with smugglers, also known as "coyotes," to smuggle LMJ into the United States from Mexico.

14.  Once in the United States, LMJ and defendants JUAN CORTES-MEZA and AMADOR CORTES-MEZA were driven from the Arizona border to Las Vegas, Nevada.  LMJ and the two defendants then flew

to Atlanta, Georgia, where defendant ROSA TORT picked them up from the airport.

15.   ROSA TORT transported LMJ and defendants JUAN CORTES-MEZA and AMADOR CORTES-MEZA to a house in Norcross, GA.  At this house the three defendants explained to LMJ that she would be working as a prostitute.

16.   In or about Spring 2006, on one of her first nights in Atlanta, Georgia, LMJ told the defendants she did not want to engage in prostitution.  Defendants JUAN CORTES-MEZA and AMADOR CORTES-MEZA informed LMJ that her trip to the United States was not free and that she would have to work as a prostitute to pay the costs.  As LMJ cried, Defendant AMADOR CORTES-MEZA told her that she had to work because she had no other choice.

17.  In or about Spring 2006, on one of LMJ's first nights in Atlanta, Georgia, defendant AMADOR CORTES-MEZA informed LMJ that if she refused to work as a prostitute, he would call her family in Mexico and inform them that she was working as a prostitute.

18.   On one of her first nights in Atlanta, Georgia, LMJ was driven to various locations to engage in prostitution with several johns.  When she asked to stop, defendant ROSA TORT explained that if she refused to continue working, she would have to work longer the following night.

19.   From in or about Spring 2006 until on or about January 24, 2008, conspirators ROSA TORT and AMADOR CORTES-MEZA, and other

unknown drivers continued to book appointments for LMJ with "johns" and transport her to apartments and houses to perform sexual acts. LMJ did not want to work as a prostitute. ROSA TORT and AMADOR CORTES-MEZA kept the money the "johns" paid for sex with LMJ.

20. From in or about Spring 2006 until on or about January 24, 2008, LMJ lived in various homes with other prostituted women and at least one of the conspirators. During this time period, the conspirators housed LMJ at 2173 Huddersfield Way with defendant RAUL CORTES-MEZA; 2459 Bailey Drive with defendants AMADOR CORTES-MEZA AND JUAN CORTES MEZA; 5118 Gulf Terrace, NW, with defendant FRANCISCO CORTES-MEZA; and 40 Penny Lane with defendant ROSA TORT. While at these locations, the male conspirator resident monitored the young Mexican females, directed their prostitution work, and provided them with food and other necessities.

21. During 2006, while residing at 2173 Huddersfield Way with defendant RAUL CORTES-MEZA, LMJ discussed leaving and defendant RAUL CORTES-MEZA threatened her, stating words to the effect of: you don't know how bad it will be for you if you try to leave.

22. On occasions between in or about Spring 2006 and on or about January 24, 2008, defendant ROSA TORT beat LMJ for not following his instructions. On one occasion, defendant ROSA TORT slapped LMJ's face and struck her with a cell phone charger for returning home late from work.

7

23.   On occasions between in or about Spring 2006 and on or about January 24, 2008, defendant AMADOR CORTES-MEZA beat LMJ for not following his instructions.  On one occasion, AMADOR CORTES-MEZA grabbed LMJ's hair, pulled her downstairs, and punched her in the ribs, because LMJ did not drink a beer when he instructed her to do so.

24.   On another occasion, defendant AMADOR CORTES-MEZA attempted to force LMJ to have sexual intercourse with him.  When LMJ attempted to fend off AMADOR CORTES-MEZA, he beat her with an electrical cord.

25.   Defendants ROSA TORT and AMADOR CORTES-MEZA told LMJ that AMADOR CORTES-MEZA had friends in Mexico who could hurt her family if she disobeyed or reported them.

26.   Defendant ROSA TORT received calls from "johns" on his cell phone and took LMJ to the "johns," waiting for her outside.

27.   On one occasion, after LMJ told defendant ROSA TORT she did not want to engage in prostitution, he physically assaulted her.

28.   During January 2008, defendant ROSA TORT housed LMJ in his residence located at 40 Penny Lane, Cartersville, GA. During this same time, ROSA TORT transported LMJ to 22A Montgomery Street, a house of prostitution, where she worked for ROSA TORT as a prostitute.

29.  Other prostituted aliens stayed at defendant ROSA TORT's home at 40 Penny Lane.  These women slept on a mattress in a room with a hot water heater.  This room did not have heat or air-conditioning.

30.  Defendant ROSA TORT drove other aliens engaging in prostitution to "johns" or brothel locations.

31.  In or about March 2008, AMADOR CORTES-MEZA met MVL in Mexico.  After seducing MVL, defendant AMADOR CORTES-MEZA smuggled her to the United States.

32.  From on or about April 2008 until on or about May 31, 2008, MVL lived at 5468 Charmaine Bend, NW in Norcross, Georgia, with defendants AMADOR CORTES-MEZA, RAUL CORTES-MEZA and other young Mexican females who worked as prostitutes.

33.  AMADOR CORTES-MEZA told MVL that she would have to work as a prostitute in order to make money for their family. Initially, MVL refused, but AMADOR CORTES-MEZA threatened to abandon her if she persisted in her refusal.  AMADOR CORTES MEZA convinced MVL to engage in prostitution.  MVL provided the proceeds of the prostitution work to defendant AMADOR CORTES-MEZA.

34.  On or about May 31, 2008, OTTO JAIME LARIOS PEREZ did pick up MVL from 5648 Charmaine Bend to transport her to an unknown location to engage in prostitution.

35.  On or about June 3, 2008, AMADOR CORTES-MEZA picked up BCA, a 15-year-old Mexican female alien at the Atlanta Airport and

transported her to a house located at 5016 Rockborough Trail in Norcross, Georgia. BCA had just been smuggled into the country by unidentified smugglers who had been paid by a relative of AMADOR CORTES-MEZA in Mexico.

36.  AMADOR CORTES-MEZA housed BCA for about two days.

37.  At the house in Norcross, defendant AMADOR CORTES-MEZA ordered another young Mexican female to explain to BCA how the prostitution business worked.  AMADOR CORTES-MEZA told BCA that she would be required to work as a prostitute.

38.  In or about March 2008, after seducing AAS, a 16-year-old, in Mexico, defendant AMADOR CORTES-MEZA persuaded AAS to go to the United States with him, under the false pretense that she would be his live-in girlfriend, knowing that she would be caused to engage in prostitution for his financial gain.

39.  In or about April 2008, while still in Mexico, defendant AMADOR CORTES-MEZA took AAS to a place where an unidentified man altered her birth certificate to state that she was over 18 years old.

40.  In or about April 2008, defendant AMADOR CORTES-MEZA smuggled AAS into the United States.  After crossing the border, AMADOR CORTES-MEZA and AAS traveled to Atlanta, Georgia.

41.  From in or about April 2008 until on or about June 5, 2008, defendants AMADOR CORTES-MEZA and FRANCISCO CORTES-MEZA housed AAS and resided with her at 5016 Rockborough Trail in

Norcross, Georgia.

42.   On her first day at the house, AMADOR CORTES-MEZA told
AAS that she engaging in prostitution.  He told her that she would
not have to do the work for long.

43.   AMADOR CORTES-MEZA made arrangements for drivers to begin
picking up AAS to take her to residences to provide sexual services
to johns.

44.   AAS serviced between 20 to 30 men each night.  She was
instructed to charged approximately $25 dollars to each client.
AMADOR CORTES-MEZA kept $15 dollars out of the $25 charged to each
client, and the remaining $10 was paid to the driver.

45.   AMADOR CORTES-MEZA, FRANCISCO CORTES-MEZA, and JUAN
CORTES-MEZA physically abused or verbally threatened other young
Mexican females who worked for them as prostitutes in the presence
of AAS.  AAS feared that she would be beaten if she did not do as
directed by AMADOR CORTES-MEZA.

46.   In or about April 2008, after seducing LGI, a 17-year-
old, in Mexico, defendant JUAN CORTES-MEZA persuaded LGI to go with
him to the United States, under the false pretense that she would
be his live-in girlfriend, knowing that she would be caused to
engage in prostitution.

47.   In or about April 2008, JUAN CORTES-MEZA smuggled LGI
into the United States.  Juan CORTEZ-MEZA harbored LGI at the house
located at 5648 Charmaine Bend.

11

48.   In or about April 2008, after LGI moved to Atlanta, Georgia, defendant JUAN CORTES-MEZA informed her that she would be engaging in prostitution.

49.   Defendant RAUL CORTES-MEZA received calls from clients and drove LGI to residences where she engaged in prostitution.

50.   Defendant JUAN CORTES-MEZA took from LGI some of the money that she made working as a prostitute.

51.   In on or about Spring 2007, Defendant FRANCISCO CORTES-MEZA met NHP in Mexico and began dating her.  After seducing her, defendant FRANCISCO CORTES-MEZA persuaded NHP to go to the United States with him.  He told her that she would work as a prostitute to make money for their family.

52.   In or about April 2007, FRANCISCO CORTES-MEZA smuggled NHP into the United States.   Once in the United States, he transported her to Atlanta.

53.   Defendant FRANCISCO CORTES-MEZA provided housing to NHP at 5016 Rockborough Trail.   NHP resided in this house with FRANCISCO CORTES-MEZA, AMADOR CORTES-MEZA, and three other young Mexican females who AMADOR CORTES-MEZA prostituted.

54.   From in or about April 2007 until on or about June 4, 2008, FRANCISCO CORTES-MEZA prostituted NHP.  She was picked up at 5016 Rockborough Trail by different drivers and taken to apartments to have sex with multiple "johns."

12

55.   Defendant FRANCISCO CORTES-MEZA kept the proceeds of the prostitution performed by NHP.

56.   FRANCISCO CORTES-MEZA beat NHP on three occasions. Twice the beatings occurred after NHP asked FRANCISCO CORTES-MEZA why she had to continue prostituting.

57.   In or about Spring 2006, after seducing NMS, a 15-year-old, in Mexico, AMADOR CORTES-MEZA persuaded NMS to go to the United States with him.

58.   In or about May 2006, defendant AMADOR CORTES-MEZA smuggled NMS into the United States.   The two traveled together to Atlanta, GA.

59.   Once they reached Atlanta, AMADOR CORTES-MEZA informed NMS that she would have to engage in prostitution.   NMS immediately began prostituting and providing part of the proceeds to AMADOR CORTES-MEZA.

60.   AMADOR CORTES-MEZA housed NMS in several different houses in Norcross, Georgia.   Since approximately November 2007, NMS has lived at 5648 Charmaine Bend, NW in Norcross, Georgia.   Defendants AMADOR CORTES-MEZA, JUAN CORTES-MEZA, FRANCISCO CORTES-MEZA, and RAUL CORTES-MEZA have lived with NMS on an on-and-off basis.

61.   While NMS lived in the houses provided by the conspirators, AMADOR CORTES-MEZA required NMS to ask for permission to do things around the house.   AMADOR CORTES-MEZA did not allow NMS to go anywhere by herself.

13

62.   In or about Winter 2007, defendant FRANCISCO CORTES-
MEZA met MPM.  He began dating her and persuaded her to come with
him to the United States, under the false pretense that she could
to find a job in a restaurant, knowing that she would be caused to
work in prostitution.

63.   In or about Spring 2008, defendant FRANCISCO CORTES-MEZA
smuggled MPM into the United States.  FRANCISCO CORTES-MEZA made
all of the arrangements with "coyotes" and traveled with MPM.

64.   In or about Spring 2008, after arriving in Atlanta,
Georgia, FRANCISCO CORTES-MEZA took MPM to a house at 5648
Charmaine Bend, where she lived until on or about June 5, 2008,
with FRANCISCO CORTES-MEZA, RAUL CORTES-MEZA, and other young
Mexican female aliens who the men prostituted.

65.   After a few days in Atlanta, FRANCISCO CORTES-MEZA
informed MPM that she would have to engage in prostitution.  AMADOR
CORTES-MEZA provided MPM with condoms and RAUL CORTES-MEZA drove
MPM to work each night.  RAUL CORTES-MEZA kept a portion of the
money MPM made providing sexual services.  MPM was required to
provide the remainder of the money from the prostitution to
FRANCISCO CORTES-MEZA.

66.   FRANCISCO CORTES-MEZA controlled MPM's daily life.
FRANCISCO CORTES-MEZA prohibited MPM to go anywhere by herself, or
to leave the house when she wished to do so.

14

67. On several occasions after arriving in Atlanta, MPM told FRANCISCO CORTES-MEZA that she did not want to engage in prostitution. In response, FRANCISCO CORTES-MEZA got angry with MPM and slapped her face. MPM feared FRANCISCO CORTES-MEZA.

68. In or about Spring 2007, after seducing RHP, AMADOR CORTES-MEZA, persuaded RHP to go to the United States with him to under the false pretense that she would be his live-in girlfriend, knowing that she would be caused to engage in prostitution.

69. In or about April 2007, defendant AMADOR CORTES-MEZA smuggled RHP into the United States. AMADOR CORTES-MEZA made the arrangements and traveled with RHP.

70. When they arrived in Atlanta, AMADOR CORTES-MEZA housed RHP.

71. Shortly after her arrival in Atlanta, defendant AMADOR CORTES-MEZA told RHP that she would be engaging in prostitution. RHP refused, and AMADOR CORTES-MEZA became angry with her, raised his hand, and threatened to hit her. RHP was afraid she would be beaten if she did not engage in prostitution. She began working that night, and she continued to engage in prostitution, against her will.

72. On an almost nightly basis, RHP was picked up by drivers who took her to multiple apartments. Defendant AMADOR CORTES-MEZA took the proceeds of the prostitution work that RHP performed.

73. RHP begged AMADOR CORTES-MEZA to allow her to return to Mexico, but he did not allow it. On several occasions when RHP protested being required to engage in prostitution, AMADOR CORTES-MEZA struck her and called her derogatory names. RHP continued engaging in prostitution because she feared AMADOR CORTES-MEZA.

74. In about Winter 2006, defendant JUAN CORTES-MEZA met MMB, a 17-year-old, in Mexico and began courting her. JUAN CORTES-MEZA persuaded MMB to go to the United States with him, under the false pretense that she could to find work cleaning houses or in a restaurant, knowing that she would be caused to engage in prostitution.

75. JUAN CORTES-MEZA assisted MMB in getting a Mexican medical identification card, which falsely stated that she was over 18 years of age.

76. In about April 2006, defendant JUAN CORTEZ-MEZA smuggled 17-year-old MMB into the United States. The pair traveled to Atlanta, Georgia.

77. JUAN CORTES-MEZA housed MMB in a residence at 2173 Huddersfield Way, Norcross, GA. Upon arrival at this house, JUAN CORTES-MEZA told MMB that she would be engaging in prostitution. He informed her that she owed him for the costs of the trip to the United States, and that she would not be able to get legal work to pay him back.

16

78.   JUAN CORTES-MEZA told MMB that she must begin working immediately because she had no other option.   MMB asked if she could go back to Mexico instead of prostituting. JUAN CORTES-MEZA replied that she could go back after she paid her debt for the trip.  MMB complied with JUAN CORTES-MEZA's demands because she was afraid, owed a lot of money, and was in a foreign land.

79.   From in or about April 2006 until on or about June 4, 2008, JUAN CORTES-MEZA prostituted MMB and kept part of the proceeds of the prostitution.

80.   From in or about April 2006 until on or about June 4, 2008, OTTO JAIME LARIOS PEREZ did pick up and transport at least one other young Mexican female housed by the Cortes-Meza family to an unknown location to engage in prostitution.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO through FIVE

1.   Paragraphs 1 through 78 of Count One are hereby repeated and realleged as though fully set forth herein.

2.   On or about the dates identified below as to each count, in the Northern District of Georgia and elsewhere, the defendants identified below as to each count, did in and affecting interstate commerce, recruit, entice, harbor, transport, provide and obtain by any means the juvenile female correspondingly identified below, and did benefit financially and by receiving a thing of value from

17

participation in a venture engaged in such acts, knowing that the
female identified below had not attained the age of 18 years and
would be caused to engage in commercial sex acts:

| COUNT | DEFENDANT(S) | VICTIM | DATES |
|-------|--------------|--------|-------|
| 2 | JUAN CORTES-MEZA | MMB | In or about April 2006 and continuing through in or about September 2006. |
| 3 | AMADOR CORTES-MEZA | NMS | In or about May 2006 and continuing through on or about June 5, 2008. |
| 4 | JUAN CORTES-MEZA RAUL CORTES-MEZA | LGI | In or about April 2008 and continuing through on or about June 5, 2008. |
| 5 | AMADOR CORTES-MEZA RAUL CORTES-MEZA | AAS | In or about April 2008 and continuing through on or about June 5, 2008. |

All in violation of Title 18, United States Code, Section 1591
(a).


COUNTS SIX through EIGHT

1.   Paragraphs 1 through 78 of Count One are hereby
repeated and realleged as though fully set forth herein.

2.   On or about the dates identified below as to each
count, in the Northern District of Georgia and elsewhere, the
defendants identified below as to each count, aided and abetted by
one another and others, did in and affecting interstate commerce,
recruit, entice, harbor, transport, provide and obtain by any means
the female correspondingly identified below, and did benefit

financially and by receiving a thing of value from participation in a venture engaged in such acts, knowing that force, fraud and coercion would be used to cause the female identified below to engage in commercial sex acts:

| COUNT | DEFENDANT(S) | VICTIM | DATES |
|---|---|---|---|
| 6 | AMADOR CORTES-MEZA EDISON WAGNER ROSA TORT | LMJ | In or about Spring 2006 and continuing through on or about January 24, 2008. |
| 7 | FRANCISCO CORTES-MEZA | MPM | In or about Winter 2007 and continuing through on or about June 5, 2008. |
| 8 | AMADOR CORTES-MEZA | RHP | In or about Spring 2007 and continuing through on or about June 5, 2008. |

All in violation of Title 18, United States Code, Sections 1591 and 2.


## COUNTS NINE through EIGHTEEN

1.    Paragraphs 1 through 78 of Count One are hereby repeated and realleged as though fully set forth herein.

2.    On or about the dates identified below as to each count, in the Northern District of Georgia and elsewhere, the defendants identified below as to each count, aided and abetted by one another and others, did directly and indirectly import into the United States the young female Mexican alien correspondingly identified below for the purpose of prostitution and other immoral purpose,

19

and did keep, maintain, control, support, employ and harbor the young Mexican female alien correspondingly identified below for the purpose of prostitution and other immoral purposes, in pursuance of such illegal importation:

| COUNT | DEFENDANT(S) | VICTIM | DATES |
|-------|--------------|--------|-------|
| 9 | AMADOR CORTES-MEZA, JUAN CORTES-MEZA, FRANCISCO CORTES-MEZA, RAUL CORTES-MEZA, EDISON ROSA-TORT | LMJ | In or about Spring 2006 and continuing through on or about January 24, 2008. |
| 10 | AMADOR CORTES-MEZA RAUL CORTES-MEZA | MVL | In or about April 2008 and continuing through on or about May 31, 2008. |
| 11 | AMADOR CORTES-MEZA | BCA | On or about June 1, 2008 and continuing through on or about June 5, 2008. |
| 12 | AMADOR CORTES-MEZA FRANCISCO CORTES-MEZA | AAS | In or about April 2008 and continuing through on or about June 5, 2008. |
| 13 | JUAN CORTES-MEZA RAUL CORTES-MEZA | LGI | In or about April 2008 and continuing through on or about June 5, 2008. |
| 14 | FRANCISCO CORTES-MEZA, AMADOR CORTES-MEZA | NHP | In or about Spring 2007 and continuing through on or about June 5, 2008. |
| 15 | AMADOR CORTES-MEZA JUAN CORTES-MEZA | NMS | In or about Spring 2006 and continuing through on or about June 5, 2008. |
| 16 | FRANCISCO CORTES-MEZA, AMADOR CORTES-MEZA, RAUL CORTES-MEZA | MPM | In or about Spring 2008 and continuing through on or about June 5, 2008. |

| 17 | AMADOR CORTES-MEZA | RHP | In or about Spring 2007 and continuing through on or about June 5, 2008. |
| 18 | JUAN CORTES-MEZA | MMB | In or about April 2006 and continuing through June 5, 2008. |

All in violation of Title 8, United States Code, Section 1328 and Title 18 United States Code, Section 2.

## COUNTS NINETEEN through TWENTY-ONE

1.     Paragraphs 1 through 78 of Count One are hereby repeated and realleged as though fully set forth herein.

2.     On or about the dates identified below as to each count, in the Northern District of Georgia and elsewhere, the defendants identified below as to each count, aided and abetted by one another and by other persons both known and unknown to the Grand Jury, did knowingly transport the young female Mexican alien who had not attained the age of 18 years correspondingly identified below in interstate or foreign commerce, with the intent that the young female Mexican alien correspondingly identified below engage in prostitution, or in any sexual activity:

| COUNT | DEFENDANT(S) | VICTIM | DATES |
|-------|--------------|--------|-------|
| 19 | JUAN CORTES-MEZA | MMB | In or about April 2006. |
| 20 | JUAN CORTES-MEZA | LGI | In or about April 2008. |
| 21 | AMADOR CORTES-MEZA | AAS | In or about April 2008. |

21

All in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT TWENTY-TWO

1.   Paragraphs 1 through 78 of Count One are hereby repeated and realleged as though fully set forth herein.

2.   Beginning on or about Spring 2006, and continuing until on or about June 5, 2008, in the Northern District of Georgia, the defendants, AMADOR CORTES-MEZA, JUAN CORTEZ MEZA, FRANCISCO CORTES-MEZA, RAUL CORTES-MEZA, and EDISON WAGNER ROSA TORT, did unlawfully and willfully combine, conspire, confederate and agree with each other and others to harbor, conceal, and shield from detection for the purpose of commercial advantage young Mexican female aliens in buildings located in Norcross and Cartersville, Georgia; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

## COUNTS TWENTY-THREE through THIRTY-ONE

1.   Paragraphs 1 through 78 of Count One are hereby repeated and realleged as though fully set forth herein.

2.   On or about the dates identified below as to each count, in the Northern District of Georgia and elsewhere, the defendants identified below as to each count, aided and abetted by one another

and others, did bring to the United States the young female alien correspondingly identified below, knowing that the young female alien identified below was an alien, at a place other than a designated port of entry and at a place other than designated by the Commissioner of the Immigration and Naturalization Service:

| COUNT | DEFENDANT(S) | VICTIM | DATES |
|-------|--------------|--------|-------|
| 23 | AMADOR CORTES-MEZA, JUAN CORTES-MEZA | LMJ | In or about Spring 2006. |
| 24 | AMADOR CORTES-MEZA | MVL | In or about April 2008. |
| 25 | AMADOR CORTES-MEZA | AAS | In or about April 2008. |
| 26 | JUAN CORTES-MEZA | LGI | In or about April 2008. |
| 27 | FRANCISCO CORTES-MEZA | NHP | In or about Spring 2007. |
| 28 | AMADOR CORTES-MEZA | NMS | In or about Spring 2006. |
| 29 | FRANCISCO CORTES-MEZA | MPM | In or about Spring 2008. |
| 30 | AMADOR CORTES-MEZA | RHP | In or about Spring 2007. |
| 31 | JUAN CORTES-MEZA | MMB | In or about April 2006. |

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and Title 18, United States Code, Section 2.

## COUNT THIRTY-TWO

1.    On or about July 10, 2008, defendant OTTO JAIME LARIOS PEREZ, in Gwinnett County in the Northern District of Georgia, in a matter within the jurisdiction of the United States Department of Homeland Security, a department within the executive branch of the United States, did knowingly and willfully make materially false, fictitious and fraudulent statements and representations during an interview with a federal Department of Homeland Security Agent regarding a Hispanic prostitution ring, stating that, MVL was his cousin from Mexico, that she was currently a student legally in the United States with a student visa, and that he had never driven anyone for the purpose of prostitution, when in truth and in fact, defendant OTTO JAIME LARIOS PEREZ, then well knew that MVL was not his relative, that she was not visiting the United States with a student visa, and that he was driving her and had driven others to undisclosed locations to engage in prostitution.

24

All in violation of Title 18, United States Code, Section 1001.

A _____ *True* _____ BILL.

FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 187251
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6250

COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
Provisionally admitted pursuant to L.R 83.1.
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6201


GRACE CHUNG BECKER
ASSISTANT ATTORNEY GENERAL FOR CIVIL RIGHTS

KARIMA MALONEY
Trial Attorney
Texas Bar No. 24041383
United States Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
202/307-3212