# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:08-CR-55-2-RWS-JKL |
| AMADOR CORTES-MEZA, | : |
| | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge John K. Larkins, III [Doc. No. 489]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 489] is hereby approved and adopted as the opinion and order of this Court. As such, the Motion to Vacate [Doc. No. 483] is DENIED, and a Certificate of Appealability is DENIED. The Clerk is DIRECTED to close the Civil Action, 1:18-CV-784-RWS-JKL.

**SO ORDERED** this 13th day of September, 2018.

_____
**RICHARD W. STORY**
United States District Judge